In the Matter of AMY ELIZABETH DAVIS, Deceased.— Preference granted for January 31, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application for an Order of Certiorari of FRANCESCO MORRONE and Others v. WILLIAM E. WALSH and Others.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of FREDERICK G. POTTER, Deceased.— Preference granted for January 11, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISABELLE E. BOYD, Appellant, v. ROBERT H. BOYD, Defendant. BLANCHARD P. ATKINSON, Intervening Defendant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARLBORO COTTON MILLS, a Corporation, Respondent, v. MADISON TIRE & RUBBER CO., INC., a Corporation, Name Changed to UNITED STATES RUBBER RECLAIMING CO., INC., Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARLBORO COTTON MILLS, a Corporation, Respondent, v. MADISON TIRE & RUBBER CO., INC., a Corporation, Name Changed to UNITED STATES RUBBER RECLAIMING CO., INC., Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL SCHERER, Respondent, v. E. PALMER BURNHAM and Others, Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDOR ARNOLD, Appellant, Respondent, v. JAMES AND E. H. WILSON, INC., Respondent, Appellant.— Order reversed, with ten dollars costs and disbursements to the defendant, and the motion in all respects granted, with ten dollars costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STANDARD OIL COMPANY OF NEW YORK, Respondent, v. HARRY W. SCHACHTER, Defendant, Impleaded with MILES M. SHEROVER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA M. KELLY, Appellant, v. INECTO, INC., and GEORGE KREMER, Respondents. WILLIAM KREMER, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to defendants, respondents, within ten days from service of order and on payment of said costs to renew the motion upon proper proof by showing a meritorious defense and serving with such application proposed answers duly verified by said defendants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MEYER NOCHOMSON, Appellant, v. VICTOR BATKIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FAERBER, SILBERMAN & CO., INC., Respondent, v. JAMES AUERBACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.